1 **FENNEMORE CRAIG, P.C.**
Richard I. Dreitzer, Esq. (Nevada Bar No. 6626)
2 9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
3 Telephone:  (702) 692-8026
Facsimile:  (702) 692-8075
4 Email:  rdreitzer@fennemorelaw.com

5 *Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| WILLIAM EDDINS, | Case Number:  2:23-cv-01499-JCM-BNW |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT MEZ DESERT PROPERTIES, LLC TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| MEZ DESERT PROPERTIES, LLC, | |
| Defendants. | |

Plaintiff, William Eddins ("Plaintiff"), by and through his attorney of record, David J. Martin, Esq. of the law firm of David J. Martin PLLC and Defendant MEZ Desert Properties, LLC ("Defendant") by and through its attorney of record, Richard I. Dreitzer, Esq. of the firm of

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

30537763.2/099505.0010

Fennemore Craig, P.C., hereby stipulate that Defendant shall have up to and including December 29, 2023, in which to file its responsive pleading to Plaintiff's Complaint.

| | |
|---|---|
| DATED: December 1, 2023 | DATED: December 1, 2023 |
| FENNEMORE CRAIG, P.C. | DAVID J. MARTIN PLLC |
| By: */s/ Richard I. Dreitzer*<br>Richard I. Dreitzer, Esq.<br>Nevada Bar No. 6626<br>9275 W. Russell Road, Suite 240<br>Las Vegas, NV 89148<br>Telephone: (702) 692-8026<br>Facsimile: (702) 692-8075<br>Email: rdreitzer@fennemorelaw.com<br>*Attorneys for Defendant* | By: */s/ David J. Martin*<br>David J. Martin, Esq.<br>Nevada Bar No.: 9117<br>304 S. Jones Blvd, #4461<br>Las Vegas, NV 89017<br>(t) 919-272-6260<br>(e) david@djmartinlawnc.com<br>*Attorney for Plaintiff* |

## ORDER

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that Defendant's responsive pleading is due on or before December 29, 2023.

**DATED:** 12/4/2023

30537763.2/099505.0010