1  DAVID J. MARTIN, ESQ.
2  DAVID J. MARTIN PLLC
   NEVADA BAR NO. 9117
3  304 S. JONES BLVD, #4461
   LAS VEGAS, NEVADA 89017
4  (t) 984-298-5470
5  David@djmartinlawnc.com

6

7                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT COURT OF NEVADA
8

9

10
    WILLIAM EDDINS,
11
         Plaintiff,
12
    v.                                          Case No: 2:23-cv-1499-JCM-BNW
13

14
    MEZ DESERT PROPERTIES, LLC
15

16
         Defendant.
17

18     Plaintiff WILLIAM EDDINS, by and through his counsel of record, and Defendant MEZ DESERT

19 PROPERTIES, LLC, by and through its counsel of record, stipulates to Plaintiff's voluntary dismissal

20 with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

21
   //
22
   //
23
   //
24
   //
25
   //
26
   //
27
   //
28

                              Page 1 of 3

IT IS STIPULATED that Plaintiff shall voluntarily dismiss this matter with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: June 4, 2025

/s/ David J Martin
David J. Martin
David J. Martin PLLC
304 S. Jones Blvd, #4661
Las Vegas, Nevada 89017
Attorney for Plaintiff

/s/ Richard Tobler
Richard Tobler
Richard Tobler, Ltd
3654 N Rancho Drive
Las Vegas, Nevada 89130
Attorney for Defendant

IT IS SO ORDERED.

Dared July 23, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to the parties shown below. There are no non-CM/ECF participants.

Richard Tobler

Dated: June 4, 2025

/s/ David J. Martin

_____

David J. Martin, Esq.